UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CR-337 (CEJ) |
| ) | |
| PENELOPE ANN TUCKER, ) | |
| ) | |
| Defendant. ) | |

# MEMORANDUM AND ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Mary Ann L. Medler for determination and recommended disposition, where appropriate. On December 11, 2007, and on December 16, 2008, Judge Medler issued Reports and Recommendations in which she recommended that the motions for severance filed by defendant Penelope Ann Tucker be denied. The defendant filed timely objections.

Pursuant to 28 U.S.C. § 636(b)(1), the Court is required to make a *de novo* determination of the portions of a magistrate judge's report and the specified findings or recommendations as to which objection is made. Here, Tucker has not objected to any specific portion of either Report and Recommendation nor has she objected to any specific factual findings or legal conclusions made by the magistrate judge. Upon review, the Court finds no error in those findings and conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendations of United States Magistrate Judge Mary Ann L. Medler with respect to the motions for severance filed by defendant Penelope Ann Tucker are sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motions of defendant Penelope Ann Tucker for severance of trial from co-defendants [Doc. 477] and to sever counts [Doc. 827] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2009.